**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed April 15, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00065-CV

---

## S 5 REAL ESTATE HOLDINGS, LLC AND RS INVESTMENT GROUP, LLC, Appellants

## V.

## ACTION GYPSUM SUPPLY, LP, Appellee

---

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1154958**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 19, 2020. On April 8, 2021, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Wilson.